SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCRORY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendants. | Case No.: 5:17-cv-00293-EJD<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Sheila McCrory and defendant JPMorgan Chase Bank, N.A. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

　　　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated:　May 12, 2017　　　　　　By:　　/s/ *Scott Johnson*
　　　　　　　　　　　　　　　　　　　　Scott Johnson
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

|   |   |   |   |
|---|---|---|---|
|   |   |   | **Stroock & Stroock & Lavan, LLP** |
| Dated: | May 12, 2017 | By: | /s/ *Julieta Stepanyan* |
|   |   |   | Julieta Stepanyan |
|   |   |   | Attorneys for Defendant |
|   |   |   | JPMorgan Chase Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Julieta Stepanyan has concurred in this filing.

*/s/ Elliot Gale*