1  **SAGARIA LAW, P.C.**
   Scott J. Sagaria (SBN# 217981)
2  Elliot W. Gale (SBN# 263326)
   Joe B. Angelo (SBN# 268542)
3  Scott M. Johnson (SBN# 287182)
   2033 Gateway Place, 5th Floor
4  San Jose, CA  95110
   Telephone: 408-279-2288
5  Facsimile: 408-279-2299

6  Attorneys for Plaintiff Sheila McCrory

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11 SHEILA MCCRORY,                    ) Case No. 5:17-cv-00293-EJD
                                      )
12                Plaintiff,          ) [Assigned to the Honorable Edward J. Davila]
                                      )
13         v.                         ) **STIPULATION AND [PROPOSED] ORDER OF**
                                      ) **DISMISSAL OF ACTION IN ITS ENTIRETY**
14 JPMORGAN CHASE BANK,               ) **WITH PREJUDICE**
   NATIONAL ASSOCIATION and DOES 1 )
15 through 100 inclusive,             ) Action Filed:  January 20, 2017
                                      )
16                Defendants.         )
                                      )
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Sheila McCrory and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A., that, pursuant to Federal Rule of Civil Procedure, section 41(a)(1)(ii), this action be dismissed in its entirety with prejudice, and each party shall bear its or her own attorneys' fees and costs.

Dated: May 24, 2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: */s/ Julieta Stepanyan*
Julieta Stepanyan

Attorneys for Defendant
CHASE BANK USA, N.A. erroneously sued as JPMORGAN CHASE BANK, N.A.

**SAGARIA LAW, P.C.**

Dated: May 24 2017

By: */s/ Scott Johnson*
Scott M. Johnson

Attorneys for Plaintiff
SHEILA MCCRORY

**[PROPOSED] ORDER**

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs. IT IS SO ORDERED. The Clerk shall close this file.

Date: May 25, 2017

By: [signature]
Hon. Edward J. Davila
Judge of the United States District Court
Northern District of California